UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | SACV 23-1746-KK-ADSx | Date: | December 5, 2023 |
|---|---|---|---|
| Title: | *McLachlan v. Ever Pretty Garment Inc.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute

On September 19, 2023, plaintiff Banjo McLachlan ("Plaintiff") filed a Complaint against defendant Ever Pretty Garment Inc. ("Defendant"). ECF Docket No. ("Dkt.") 1. On October 16, 2023, Plaintiff served the Summons and Complaint. Dkt. 11. Defendant's Answer was, thus, due on November 6, 2023. Id. Defendant, however, failed to file any responsive pleading.

Hence, on November 8, 2023, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. Dkt. 12. The Court noted Plaintiff had not, among other things, filed a Motion for Default. Id. The Court further instructed Plaintiff to show cause in writing why the action should not be dismissed no later than November 15, 2023. Id. To date, however, Plaintiff has failed to file any response. Moreover, to date, Defendant has not filed an answer, nor has Plaintiff filed an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by this Court. See L.R. 7-1.

Accordingly, the Court, once again, orders Plaintiff to show cause in writing on or before **December 12, 2023** why this action should not be dismissed for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.** See **FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**