**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128609

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banjo McLachlan,<br><br>        Plaintiff,<br><br>v.<br><br>Ever Pretty Garment Inc.,<br><br>        Defendant. | Case No. 8:23-cv-01746-KK-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Magistrate Judge: Hon. Kenly Kiya Kato<br><br>Date:    February 29, 2024<br>Time:    9:30 am<br>Location:<br>    Courtroom 3<br>    3470 12th Street<br>    Riverside, California 92501 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    YOU ARE HEREBY NOTIFIED THAT at 9:30 am on February 29, 2024, or as soon thereafter as the matter may be heard, before the Honorable Kenly Kiya Kato, of the United States District Court for the Central District of California, in

Courtroom 3, 3470 12th Street, Riverside, California 92501, Plaintiff Banjo McLachlan ("Plaintiff") will and hereby does move this Court for a default judgment against Defendant Ever Pretty Garment Inc. Said motion will be made upon the grounds set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a default judgment, the Declaration of Jacqueline Mandel dated January 30, 2024, the Declaration of Banjo McLachlan dated January 19, 2024, and the complete files and records of this action.

## CONFERENCE OF COUNSEL

There has been no conference of counsel prior to making this motion, insofar as Defendant failed to timely appear, the Clerk entered a notation of Default against Defendant. In other words, there is no adverse party recognized by the Court with whom a conference could have been conducted.

DATED: January 30, 2024

**SANDERS LAW GROUP**

By:  /s/ Jacqueline Mandel
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128609

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Case Name: Banjo McLachlan v. Ever Pretty Garment Inc.
Case No.: 8:23-cv-01746-KK-ADS

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age. My business address is 333 Earle Ovington Boulevard, Suite 402, Uniondale, New York 11553. I am not a party to this action. I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR DEFAULT JUDGMENT**

on the following parties by USPS mail on January 30, 2024 at:

Ever Pretty Garment Inc.
16721 Noyes Avenue
Irvine, California 92606

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2024

*/s/ Jacqueline Mandel*
Jaqueline Mandel, Esq. (317119)