JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Banjo McLachlan,<br><br>    Plaintiff,<br><br>v.<br><br>Ever Pretty Garment Inc.,<br><br>    Defendant. | Case No. 8:23-cv-01746-KK-ADS<br><br>**JUDGMENT ON MOTION FOR DEFAULT JUDGMENT**<br><br>District Judge: Hon. Kenly Kiya Kato<br><br>Date:    February 29, 2024<br>Time:    9:30 am<br>Location:<br>    Courtroom 3<br>    3470 12th Street<br>    Riverside, California 92501 |

On February 29, 2024, at 9:30 AM, Plaintiff Banjo McLachlan ("Plaintiff") moved this honorable Court for a default judgment against Defendant Ever Pretty Garment Inc. ("*Defendant*").

Based on the pleadings, files, and records herein,

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $16,121.25. This calculation

includes:

- Statutory damages in the amount of $14,175 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint;
- Filing Fees: $402;
- Service of Process: $93.75; and
- Attorneys' Fees: $1,450.50.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's Photograph as is set forth in the Complaint.

IT IS SO ORDERED.

Dated: ___February 27___, 2023

_____
Hon. Kenly Kiya Kato
United States District Judge